**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

Edward Kelly Bauman
La Appellate Project
P. O. Box 1641
Lake Charles LA 70602-1641

**REHEARING ACTION: July 6, 2016**

**Docket Number: 15   01006-KA**

**STATE OF LOUISIANA**
**VERSUS**
**SOAMER NOTIER RIVERA SORIANO**
**AKA SOAMER N. RIVERA-SORIANO**
**AKA SOAMER R. SORIANO**

**Appealed from Lafayette Parish Case No. CR 137720**

**BEFORE JUDGES:**

     **Hon. Ulysses Gene Thibodeaux**
     **Hon. Marc T. Amy**
     **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Soamer Notier Rivera Soriano** has this day been

     **DENIED.**
     Thibodeaux, C.J., would grant the rehearing.

cc: Keith A. Stutes, Counsel for the Appellee
    Ronald E. Dauterive, Counsel for the Appellee